# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00114-CMA-STV

BRENDA MCCRACKEN AND CHRISTA HECHT,
Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

PROGRESIVE DIRECT INSURANCE COMPANY,
PROGRESSIVE PREFERRED INSURANCE COMPANY,

    Defendants.

## FINAL JUDGMENT

In accordance with the record made on July 12, 2017, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

ORDERED that Plaintiffs' Motion for Partial Summary Judgment (Doc. No. 26) is Denied.   It is further

ORDERED that Defendants' Cross Motion for Summary Judgment (Doc. No. 31) is Granted.   It is further

ORDERED that all Parties are to bear their own attorneys' fees.   It is further

ORDERED that Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of the Court within fourteen days of the entry of judgment.

DATED: July 12, 2017.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ S. West
_____
S. West, Deputy Clerk